Cite as 2024 Ark. 170

# SUPREME COURT OF ARKANSAS
**No.** CR–24–240

| | | |
|---|---|---|
| WARREN GOODRUM | | **Opinion Delivered:** November 14, 2024 |
| | APPELLANT | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, SEVENTH DIVISION [NO. 60CR-18-3598] |
| V. | | |
| STATE OF ARKANSAS | | HONORABLE KAREN WHATLEY, JUDGE |
| | APPELLEE | |
| | | <u>REMANDED TO SETTLE AND SUPPLEMENT THE RECORD</u>. |

## PER CURIAM

A jury convicted Warren Goodrum of capital murder and abuse of a corpse. He received a sentence of life in prison without parole for murder; a consecutive five-year sentence for use of a firearm; and a concurrent ten-year sentence for abuse of a corpse. He has filed an appeal from the sentence. We remand to settle and supplement the record.

Arkansas Supreme Court Rule 3-4(c)(2) states that when there is a jury trial, the "[v]erdict forms shall be inserted in the record." We have reviewed the record, and the jury-verdict forms are not included in the record of the circuit court proceedings. *See* Ark. Sup. Ct. R. 4-3(a) (requiring this court to conduct an independent review of the record for prejudicial error in life-imprisonment and death cases). Therefore, we must remand this case to settle and supplement the record with the verdict forms. *See Ross v. State*, 2024 Ark. 70,

at 1; *Mays v. State*, 2024 Ark. 160 (per curiam). The supplemental record shall be filed with this court thirty days from the issuance of this opinion.

Remanded to settle and supplement the record.

*David Joseph Deutch*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Jason Michael Johnson*, Ass't Att'y Gen., for appellee.